# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 10-40114-02-RDR |
| | ) |
| v. | ) |
| | ) |
| **Johnny Rodriguez** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**IT IS HEREBY ORDERED** that Thomas H. Johnson is allowed to withdraw his appearance as counsel for Johnny Rodriguez.

Dated this 6th day of December, 2010

                                             s/Richard D. Rogers
                                             United States District Judge