# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

  vs.                                     Case No. 10-40114-01-RDR

**JUAN ROMAN,**

                **Defendant.**

_____

## ORDER GRANTING CONTINUANCE

This matter is before the court on the motion of defendant for a continuance of the Motion Hearing currently scheduled for May 12, 2011 at 9:30 a.m. Co-defendant Johnny Rodriguez shall be allowed, pursuant to his motion (Doc. # 42), to join in the motion for continuance.

The court finds that the facts submitted in defendant's motion serve the ends of justice, outweighs the best interest of the public and the defendant in a speedy trial, and that a continuance is necessary, therefore the defendant's motion should be granted.

**IT IS THEREFORE BY THE COURT ORDERED** that the motion of defendant, Juan Roman, for a continuance of the Motion Hearing is hereby granted. The Motion Hearing shall be reset to the 25th day of May, 2011 at 10:00 a.m. Any delay resulting from this continuance shall be deemed excludable time under provisions of the Speedy Trial Act, 18 U.S.C. section 3161(h)(7), in that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in

a speedy trial.

       Dated this 4th day of May, 2011 at Topeka, Kansas.

                                   s/Richard D. Rogers
                                   United States District Judge

**PREPARED AND APPROVED BY:**

 /s/   John J. Ambrosio
JOHN J. AMBROSIO, #07489
AMBROSIO & AMBROSIO, CHTD.
800 SW Jackson, Suite 817
Topeka, Kansas 66612
(785) 233-0524
Fax (785) 233-6832
E-Mail: johnjambrosio@yahoo.com